UNITED STATES of America,
Plaintiff–Appellee

v.

Ygnacio ESPINOSA–GUERRERO,
Defendant–Appellant.

No. 06–41576.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 31, 2008.

James Lee Turner, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Ygnacio Espinosa–Guerrero, Victoria County Jail, Victoria, TX, pro se.

Before HIGGINBOTHAM, BARKSDALE and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ygnacio Espinosa–Guerrero (Espinosa) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Espinosa has filed a response. Our independent review of the record, counsel's brief, and Espinosa's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Espinosa's motion for new appellate counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.